# United States District Court
## Northern District of New York
## Civil Judgment

Christine M. Rakich,

        Plaintiff,        6:07-CV-1015 (GLS/GHL)

  -vs-

Michael J. Astrue, as
Commissioner of Social Security,

        Defendants.

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED,

    That pursuant to a Stipulation by and between the attorneys for the parties in the above-entitled action, that the final decision of the Secretary is reversed and the case is remanded for further administrative action pursuant to the fourth sentence of 42 USC §405(g).

    All of the above pursuant to the Order of the Honorable George H. Lowe, dated January 29, 2008.

                                                                                 *Lawrence K. Baerman*
                                                                                 Clerk of Court

                                                                                     s/

Dated: January 29, 2008            -------------------------------------------
                                                      Marie N. Marra, Deputy Clerk